

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00707-CV

**JUBILEE ACADEMIC CENTER, INC.**,
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC**, d/b/a Athlos Academies,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: March 18, 2020

DISMISSED

On February 20, 2020, we issued an order stating the appellant's brief was overdue and that no motion for an extension of time to file the brief had been filed. We ordered appellant to file the brief and a written response reasonably explaining appellant's failure to timely file the brief, and stated that if appellant did not comply with our order by March 2, 2020, the appeal may be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Appellant has not filed the brief, a motion for an extension of time to file the brief, or any other written response to this court's order. We therefore dismiss this appeal for want of prosecution. *See id.*

PER CURIAM